DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WINSTON PARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00119 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| WINSTON PARK, | Date : August 30, 2010 |
| | Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for July 26, 2010, **may be continued to August 30, 2010, at 9:00 a.m.**

Defense counsel has been summoned for Jury Duty to the Fresno County Superior Court for July 26, 2010.

Additionally, the parties are consulting experts and continue to explore plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 23, 2010 | /s/ Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 23, 2010 | /s/ Rachel W. Hill<br>RACHEL W. HILL<br>Assistant Federal Defender<br>Attorney for Defendant<br>WINSTON PARK |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   July 23, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                          2