DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WINSTON PARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00119 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| ) | |
| WINSTON PARK, ) | Date : October 12, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for August 30, 2010, **may be continued to October 12, 2010, at 9:00 a.m.**

This continuance is requested by counsel for defendant due to unavailability as well as continued plea negotiations. The requested continuance will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 26, 2010         /s/ Kevin P. Rooney
                                KEVIN P. ROONEY
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 26, 2010         /s/ Rachel W. Hill
                                RACHEL W. HILL
                                Assistant Federal Defender
                                Attorney for Defendant
                                WINSTON PARK


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   August 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon                                    2